CHALLENGE COMPANY, Appellant, v. AER-MOTOR COMPANY.

No. 8834.

Circuit Court of Appeals, Eighth Circuit.
May 10, 1930.

John E. Stryker, of St. Paul, Minn., and Charles W. Hills, of Chicago, Ill., for appellant.

Wallace R. Lane, Clarence J. Loftus, and Amasa C. Paul, all of Chicago, Ill., for appellee.

PER CURIAM.
Appeal dismissed at costs of appellant, pursuant to stipulation of parties.

CITY OF DRUMRIGHT, Oklahoma, v. GUARANTY FUND LIFE ASSOCIATION.

No. 255.

Circuit Court of Appeals, Tenth Circuit.
March 18, 1930.

S. A. Denyer, of Drumright, Okl., for appellant.

Valjean Biddison, of Tulsa, Okl., for appellee.

Before LEWIS, PHILLIPS, and McDERMOTT, Circuit Judges.

PER CURIAM.
Appeal docketed and dismissed March 18, 1930.

R. J. COATS, Appellant, v. UNITED STATES of America, Appellee.

No. 6057.

Circuit Court of Appeals, Ninth Circuit.
May 5, 1930.

Before RUDKIN and WILBUR, Circuit Judges and KERRIGAN, District Judge.

PER CURIAM.
Pursuant to stipulation of counsel for respective parties, ordered appeal dismissed.

COCA-COLA COMPANY, Appellant, v. TIP TOP BOTTLING CO.

No. 8073.

Circuit Court of Appeals, Eighth Circuit.
May 12, 1930.

Edward D'Arcy, of St. Louis, Mo., and Harold Hirsch, of Atlanta, Ga., for appellant.

Phillips W. Moss, of St. Louis, Mo., for appellee.

PER CURIAM.
Appeal dismissed and cause remanded, with authority to enter consent decree as may meet with approval of District Court, on joint motion of appellant and appellee.